# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**SEGA Biofuels, LLC**  
    Debtor

Case No.: 13–50694–JSD  
Judge: John S. Dalis  
Chapter: 11

### ORDER APPROVING DISCLOSURE STATEMENT; APPROVING VALUES OF ASSETS AND THE PRIORITY OF LIENS ON SUCH ASSETS; FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; FIXING TIME FOR HEARING ON CONFIRMATION AND DISCHARGE; COMBINED WITH NOTICE THEREOF

A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtor on March 19, 2014 and the Amended Disclosure Statement filed May 2, 2014, referring to a Plan under Chapter 11 of the Code filed by the Debtor on March 19, 2014 and the Amended Chapter 11 Plan filed on May 2, 2014; and

It having been determined after hearing on notice that the Disclosure Statement contains adequate information;

IT IS ORDERED, and notice is hereby given, that:

1) The Disclosure Statement filed by the Debtor on March 19, 2014 and the Amended Disclosure Statement filed May 2, 2014, is hereby approved.

2) The values of assets listed in Exhibit "A" of the Disclosure Statement and the priority of liens on those assets are hereby approved by the Court pursuant to §506 of the Bankruptcy Code.

3) June 19, 2014 is fixed as the last day for filing written acceptances or rejections of the Plan referred to above.

4) Within 10 days after the entry of this Order, a copy of this Order and Notice, a copy of the Plan and a copy of the Disclosure Statement approved by the Court shall be transmitted by the debtor–in–possession to all creditors, equity holders and other parties in interest as provided in Rule 3017(d).

5) A Hearing on Confirmation of the Plan and Discharge, if applicable, and Hearing on Motion for Confirmation pursuant to §1129(b), if applicable, will be held on:

*June 26, 2014, at 10:30 AM*  
*U. S. Courtroom, 3rd Floor, Federal Building, Carswell Street, Waycross, GA*

6) **The Debtor(s) and its [or his/her] attorney shall appear**. In the event they fail to appear, or if the plan is not confirmed at said hearing, a hearing will thereupon be held to determine whether the case should be dismissed or converted to Chapter 7.



John S. Dalis  
United States Bankruptcy Judge  
PO Box 8347  
Savannah, GA 31412

Dated **May 19, 2014**

*11–12 [Rev. 02/07]* **CK**